UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SUSAN RYERSON F.K.A. SUSAN KIMBALL, | ) ) ) | |
| PLAINTIFF | ) | |
| vs. | ) ) | DOCKET NO. 1:15-cv-00363-GZS |
| MAINE STATE HOUSING AUTHORITY CAMDEN NATIONAL BANK | ) ) ) | |
| DEFENDANTS | ) | |

## NOTICE OF DISMISSAL OF ACTION

NOW COMES Susan Ryerson, Plaintiff, by and through counsel and gives notice that the Parties have reached a settlement with respect to the Complaint filed in this Court on September 8, 2015. Consequently, the Parties give notice that the action is hereby dismissed with prejudice.

Dated at Biddeford, Maine, this 8th day of September, 2015.

        MOLLEUR LAW OFFICE

     By: */s/ Andrea Bopp Stark*
       Andrea Bopp Stark, Esq.
       Counsel for Plaintiff, Susan Ryerson
       419 Alfred Street
       Biddeford, Maine  04005-3747
       (207) 283-3777
       (207) 284-4558 Fax
       andrea@molleurlaw.com

       TERRY GARMEY AND ASSOCIATES
       Gary Goldberg, Esquire, Bar No. 320
       482 Congress Street, Suite 402
       Portland, ME  04101-3424
       207-899-4644

## CERTIFICATE OF SERVICE

I, Amanda Billing, hereby certify that I am over eighteen years old and caused a true and correct copy of the Notice of Dismissal to be served on the parties at the addresses set forth on the Service List attached hereto either electronically on October 21, 2015, or via first class U.S. Mail, postage prepaid, on October 21, 2015.

Dated: October 21, 2015                                   Susan Ryerson


                                                          By: */s/ Amanda Billing*
                                                               Amanda Billing
                                                               Molleur Law Office
                                                               419 Alfred Street
                                                               Biddeford, ME 04005-3747
                                                               207-283-3777
                                                               amanda@molleurlaw.com

## SERVICE LIST

**Served electronically:**

Randy J. Creswell, Esq., Counsel for Defendants
All parties on Court ECF mailing list
Susan Ryerson, Plaintiff

**Served via U.S. Mail:**